# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D2023-2968
LT Case No. 2023-CF-1336-A

————————————————

PAUL MORALES,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

————————————————

On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Matthew J. Metz, Public Defender, and Edward J. Weiss,
Assistant Public Defender, Daytona Beach, for Appellant.

Paul Morales, Carrabelle, pro se.

Ashley Moody, Attorney General, and Miranda L. Butson,
Assistant Attorney General, Tallahassee, for Appellee.

October 1, 2024

PER CURIAM.

   AFFIRMED. *See O'Malley v. State*, 378 So. 3d 672 (Fla. 5th DCA
2024); *Parks v, State*, 371 So. 3d 392, 393 (Fla. 1st DCA 2023)
(holding that a cost imposed under section 938.27(8), Florida
Statutes (2020), is mandatory and recognizing conflict with *D.L.J.*

*v. State*, 331 So. 3d 227, 228 (Fla. 2d DCA 2021)) *reh'g* denied (Sept. 27, 2023), *review granted sub nom.* SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024).

Edwards, C.J., and Wallis and Boatwright, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____